149 A.3d 290

THE PALISADES AT FORT LEE CONDOMINIUM ASSOCIATION, INC., PLAINTIFF-RESPONDENT, v. 100 OLD PALISADE, LLC., ET AL., DEFENDANTS, AND AJD CONSTRUCTION CO., INC., DEFENDANT-PETITIONER, AND LUXURY FLOORS, INC., BENFATTO MASONRY, INC., AND FORSA CONSTRUCTION, INC., DEFENDANTS.AND OTHER RELATED CASES

FILED August 5, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-004292-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted.

149 A.3d 291

STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v. DANIEL KEITH JACKSON, DEFENDANT-RESPONDENT.

Filed August 5, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-001591-12 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted.